UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CORVES K. GILMORE,<br><br>    Petitioner<br><br>v.<br><br>DEPUTY CHIEF HAAS,<br><br>    Respondent | Case No.: 2:23-cv-01949-JAD-EJY<br><br>**Order Directing Petitioner to Submit Application to Proceed *In Forma Pauperis* or Pay Filing Fee** |

    Petitioner Corves K. Gilmore has submitted a *pro se* petition for writ of habeas corpus under 28 U.S.C. § 2254, but he has not paid the $5.00 filing fee or submitted an application to proceed *in forma pauperis* with the required inmate account statements for the past sixth months and financial certificate.[1]  As a result, this action is subject to dismissal without prejudice. But it is unclear from the record whether a dismissal without prejudice will materially affect a later analysis of any timeliness issue with respect to a new action. So, I give Gilmore 30 days to get the filing fee paid or an *ifp* application filed.

    IT IS THEREFORE ORDERED that **Gilmore must submit either pay the $5.00 filing fee or file a fully completed application to proceed *in forma pauperis* by February 16, 2024.** Failure to do so may result in the dismissal of this action without prejudice and without further prior notice.

    **The Clerk of Court is directed to RETAIN the petition** but not file it at this time.

                                                                _____<br>
                                                           U.S. District Judge Jennifer A. Dorsey<br>
                                                                          January 16, 2024

---

[1] 28 U.S.C. § 1915(a)(2); Local Rule LSR1-2.