# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Corves K. Gilmore,<br><br>　　　Petitioner<br><br>v.<br><br>Deputy Chief Haas,<br><br>　　　Respondent | Case No.: 2:23-cv-01949-JAD-EJY<br><br>**Order Dismissing Case for Failure to Submit Application to Proceed *In Forma Pauperis* or Pay Filing Fee** |

On January 16, 2024, the court ordered petitioner to either file a fully completed application to proceed *in forma pauperis* (ifp) or pay the $5.00 filing fee by February 16, 2024. ECF No. 2. Unfortunately, this matter has not been properly commenced because petitioner has not filed an application to proceed *in forma pauperis* or paid the filing fee.

For this reason, IT IS ORDERED that **this action is DISMISSED** without prejudice to the petitioner's ability to file a **new** habeas petition in a **new** action with either the $5.00 filing fee or a completed application to proceed *in forma pauperis*.

IT IS FURTHER ORDERED that a certificate of appealability is denied because jurists of reason would not find the court's dismissal of this improperly commenced action without prejudice to be debatable or incorrect.

The Clerk of Court is directed to **ENTER JUDGMENT** accordingly and **CLOSE THIS CASE.**

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey
　　　　　　　　　　　　　　　　　　　　　　　March 28, 2024